UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIA GOWENS,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | 21-12222<br><br><br><br>HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Joint Stipulation of Dismissal filed on February 7, 2023, Plaintiff Gowen's individual claims are DISMISSED with prejudice, and the claims of the proposed class are DISMISSED without prejudice.  Each party shall bear their own costs.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2023